WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada Bar No. 12448
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Avenue, Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
lrobbins@wrightlegal.net
*Attorneys for Plaintiff, U.S. Bank National Association, as Trustee, for the C-BASS Mortgage Loan Asset-Backed Certificates, Series 2007-CB3*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, FOR THE C-BASS MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-CB3,<br><br>Plaintiff,<br><br>vs.<br><br>COMSTOCK CAPITAL PARTNERS, LLC; REMEDY PROPERTY PARTNERS, LLC; WILLIAMSBURG APARTMENT HOMES UNIT NO. 1; E. ALAN TIRAS, ESQ.; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX,<br><br>Defendants. | Case No.: 3:17-cv-00275-MMD-CBC<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE DISMISSAL DOCUMENTS**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED that Plaintiff, U.S. Bank National Association, as Trustee, for the C-BASS Mortgage Loan Asset-Backed Certificates, Series 2007-CB3 (hereinafter "U.S. Bank"), by and through its attorneys of record, Christina V. Miller, Esq. and Lindsay D. Robbins, Esq., of the law firm of Wright, Finlay & Zak, LLP, and Defendant, Williamsburg Apartment Homes Unit No. 1 (hereinafter "HOA") (collectively, the "Parties"), by and through its attorney of record, Christopher A. Lund, Esq., of the law firm of Tyson & Mendes, LLP, hereby agree and stipulate as follows:

1. On May 13, 2019, U.S. Bank filed its Notice of Settlement [ECF No. 77] that the Parties had reached a settlement in this action;

2. On May 20, 2019, this Court issued its Minute Order [ECF No. 78] setting the deadline of August 12, 2019 to file the Stipulation for Dismissal;

3. The Parties are requesting and additional forty five (45) days, and thus requests up to September 26, 2019, to file the Stipulation for Dismissal;

4. The Parties have negotiated the terms of the Settlement Agreement and expect a copy of the final Settlement Agreement to be issued for execution shortly.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

5. This is the first request for an extension and is submitted in good faith and not intended to cause any delay to the Court.

**IT IS SO STIPULATED.**

DATED this 12th day of August, 2019.      DATED this 12th day of August, 2019.

WRIGHT, FINLAY & ZAK, LLP      TYSON & MENDES, LLP

*/s/ Lindsay D. Robbins, Esq.*      */s/ Christopher A. Lund*
Lindsay D. Robbins, Esq.      Christopher A. Lund, Esq.
Nevada Bar No. 13474      Nevada Bar No. 12435
7785 W. Sahara Ave, Suite 200      8275 S. Eastern Ave., Suite 115
Las Vegas, NV 89117      Las Vegas, NV 89123
*Attorneys for Plaintiff, U.S. Bank National*      *Attorneys for Defendant, Williamsburg*
*Association, as Trustee, for the C-BASS*      *Apartment Homes Unit No. 1*
*Mortgage Loan Asset-Backed Certificates,*
*Series 2007-CB3*

Case No.: 3:17-cv-00275-MMD-CBC

## **ORDER**

**IT IS SO ORDERED.**

Dated this 13th day of August, 2019.

_____
UNITED STATES DISTRICT JUDGE

*Respectfully submitted by:*

WRIGHT, FINLAY & ZAK, LLP

*/s/ Lindsay D. Robbins, Esq.*
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave, Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff, U.S. Bank National*
*Association, as Trustee, for the C-BASS Mortgage*
*Loan Asset-Backed Certificates, Series 2007-CB3*