WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada Bar No. 12448
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Avenue, Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
lrobbins@wrightlegal.net
*Attorneys for Plaintiff, U.S. Bank National Association, as Trustee, for the C-BASS Mortgage Loan Asset-Backed Certificates, Series 2007-CB3*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, FOR THE C-BASS MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-CB3,<br><br>Plaintiff,<br><br>vs.<br><br>COMSTOCK CAPITAL PARTNERS, LLC; REMEDY PROPERTY PARTNERS, LLC; WILLIAMSBURG APARTMENT HOMES UNIT NO. 1; E. ALAN TIRAS, ESQ.; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX,<br><br>Defendants. | Case No.: 3:17-cv-00275-MMD-CBC<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE DISMISSAL DOCUMENTS**<br><br>**(Second Request)** |

IT IS HEREBY STIPULATED that Plaintiff, U.S. Bank National Association, as Trustee, for the C-BASS Mortgage Loan Asset-Backed Certificates, Series 2007-CB3 (hereinafter "U.S. Bank"), by and through its attorneys of record, Christina V. Miller, Esq. and Lindsay D. Robbins, Esq., of the law firm of Wright, Finlay & Zak, LLP, and Defendant, Williamsburg Apartment Homes Unit No. 1 (hereinafter "HOA") (collectively, the "Parties"), by and through its attorney of record, Christopher A. Lund, Esq., of the law firm of Tyson & Mendes, LLP, hereby agree and stipulate as follows:

1

1. On May 13, 2019, U.S. Bank filed its Notice of Settlement [ECF No. 77] that the Parties had reached a settlement in this action;

2. On May 20, 2019, this Court issued its Minute Order [ECF No. 78] setting the deadline of August 12, 2019 to file the Stipulation for Dismissal;

3. On August 12, 2019, the Parties filed a Stipulation and Order to Extend Time to File Dismissal Documents (First Request) [ECF No. 83];

4. On August 13, 2019, this Court granted the Order to Extend Time to File Dismissal Documents [ECF No. 87] setting the deadline of September 26, 2019 to file the Stipulation for Dismissal;

5. The Parties are requesting and additional thirty (30) days, and thus requests up to October 28, 2019, to file the Stipulation for Dismissal;

6. The Settlement Agreement has been finalized and the HOA is in the process of executing the Settlement Agreement. Once the HOA has executed the Settlement Agreement, U.S. Bank will similarly execute and thereafter, the Parties will file dismissal paperwork.

///

///

///

///

7. This is the second request for an extension and is submitted in good faith and not intended to cause any delay to the Court.

**IT IS SO STIPULATED.**

DATED this 26th day of September, 2019.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Lindsay D. Robbins, Esq.*
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave, Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff, U.S. Bank National Association, as Trustee, for the C-BASS Mortgage Loan Asset-Backed Certificates, Series 2007-CB3*

DATED this 26th day of September, 2019.

TYSON & MENDES, LLP

*/s/ Christopher A. Lund*
Christopher A. Lund, Esq.
Nevada Bar No. 12435
8275 S. Eastern Ave., Suite 115
Las Vegas, NV 89123
*Attorneys for Defendant, Williamsburg Apartment Homes Unit No. 1*

Case No.: 3:17-cv-00275-MMD-CBC

**ORDER**

**IT IS SO ORDERED.**

Dated this 26th day of September 2019.

_____
UNITED STATES DISTRICT JUDGE

*Respectfully submitted by:*

WRIGHT, FINLAY & ZAK, LLP

*/s/ Lindsay D. Robbins, Esq.*
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave, Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff, U.S. Bank National Association, as Trustee, for the C-BASS Mortgage Loan Asset-Backed Certificates, Series 2007-CB3*