# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, FOR THE C-BASS MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-CB3,<br><br>Plaintiff,<br><br>vs.<br><br>COMSTOCK CAPITAL PARTNERS, LLC; REMEDY PROPERTY PARTNERS, LLC; WILLIAMSBURG APARTMENT HOMES UNIT NO. 1; E. ALAN TIRAS, ESQ.; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX,<br><br>Defendants. | Case No.: 3:17-cv-00275-MMD-CBC<br><br>ORDER RE:<br><br>**STIPULATION TO DISMISS WILLIAMSBURG APARTMENT HOMES UNIT NO. 1** |

IT IS HEREBY STIPULATED that Plaintiff, U.S. Bank National Association, as Trustee, for the C-BASS Mortgage Loan Asset-Backed Certificates, Series 2007-CB3 (hereinafter "U.S. Bank"), by and through its attorneys of record, Christina V. Miller, Esq. and Lindsay D. Robbins, Esq., of the law firm of Wright, Finlay & Zak, LLP, and Defendant, Williamsburg Apartment Homes Unit No. 1 (hereinafter "HOA") (collectively, the "Parties"), by and through its attorney of record, Christopher A. Lund, Esq., of the law firm of Tyson & Mendes, LLP, hereby stipulate that all claims between the Parties are hereby

dismissed with prejudice, with each party to bear its own attorney fees and costs. U.S. Bank's claims against Defendants Comstock Capital Partners, LLC and Remedy Property Partners, LLC remain.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED this 9th day of October, 2019. | DATED this 9th day of October, 2019. |
| WRIGHT, FINLAY & ZAK, LLP | TYSON & MENDES, LLP |
| */s/ Lindsay D. Robbins, Esq.* | */s/ Christopher A. Lund, Esq.* |
| Lindsay D. Robbins, Esq. | Christopher A. Lund, Esq. |
| Nevada Bar No. 13474 | Nevada Bar No. 12435 |
| 7785 W. Sahara Ave, Suite 200 | 8275 S. Eastern Ave., Suite 115 |
| Las Vegas, NV 89117 | Las Vegas, NV 89123 |
| *Attorneys for Plaintiff, U.S. Bank National Association, as Trustee, for the C-BASS Mortgage Loan Asset-Backed Certificates, Series 2007-CB3* | *Attorneys for Defendant, Williamsburg Apartment Homes Unit No. 1* |

Case No.: 3:17-cv-00275-MMD-CBC

**ORDER**

**IT IS SO ORDERED.**

Dated this 11th day of October, 2019.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

*Respectfully submitted by:*

WRIGHT, FINLAY & ZAK, LLP

*/s/ Lindsay D. Robbins, Esq.*
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave, Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff, U.S. Bank National Association, as Trustee, for the C-BASS Mortgage Loan Asset-Backed Certificates, Series 2007-CB3*