WRIGHT, FINLAY & ZAK, LLP
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Avenue, Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
lrobbins@wrightlegal.net
*Attorney for Plaintiff, U.S. Bank National Association, as Trustee, for the C-BASS Mortgage Loan Asset-Backed Certificates, Series 2007-CB3*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, FOR THE C-BASS MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-CB3,<br><br>Plaintiff,<br><br>vs.<br><br>COMSTOCK CAPITAL PARTNERS, LLC; REMEDY PROPERTY PARTNERS, LLC; WILLIAMSBURG APARTMENT HOMES UNIT NO. 1; E. ALAN TIRAS, ESQ.; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX,<br><br>Defendants. | Case No.:  3:17-cv-00275-MMD-CBC<br><br>**EX PARTE MOTION TO REMOVE COUNSEL FROM SERVICE LIST** |

COMES NOW, Plaintiff, U.S. Bank National Association, as Trustee, for the C-BASS Mortgage Loan Asset-Backed Certificates, Series 2007-CB3, by and through its attorney of record Lindsay D. Robbins, Esq. of the law firm Wright, Finlay & Zak, LLP and requests the removal of Christina Miller, Esq. and Dana Jonathon Nitz, Esq. ("Ms. Miller and Mr. Nitz") from the Service List in the above-captioned matter. This case was reassigned within Wright, Finlay & Zak, LLP to Lindsay D. Robbins, Esq. Subsequent filings have been made and Ms. Miller and Mr. Nitz are receiving notices of the proceedings in this case. As a result, it is no longer necessary that Ms. Miller and Mr. Nitz receive notice of the ongoing proceedings.

Accordingly, the undersigned counsel requests that Christina Miller, Esq. and Dana Jonathon Nitz, Esq. be removed from the Service List in this matter.

DATED this 15th day of November, 2019.

        WRIGHT, FINLAY & ZAK, LLP

        */s/ Lindsay D. Robbins, Esq.*
        Lindsay D. Robbins, Esq.
        Nevada Bar No. 13474
        7785 W. Sahara Ave, Suite 200
        Las Vegas, NV 89117
        *Attorney for Plaintiff, U.S. Bank National Association, as Trustee, for the C-BASS Mortgage Loan Asset-Backed Certificates, Series 2007-CB3*

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE

DATED: 11/20/2019

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b) and Electronic Filing Procedure IV(B), I certify that on the 15th day of November, 2019, a true and correct copy of this **EX PARTE MOTION TO REMOVE COUNSEL FROM SERVICE LIST** was transmitted electronically through the Court's e-filing electronic system to the attorney(s) associated with this case and/or served by depositing a true copy of same in the United States Mail, at Las Vegas, Nevada, addressed as follows:

**Service via electronic notification will be sent to the following:**
LAXALT & NOMURA, LTD
Email: hparker@laxalt-nomura.com

PHILLIPS SPALLAS & ANGSTDT
Email: bjefferis@psalaw.net

TYSON & MENDES LLP
Email: clund@tysonmendes.com
Email: tmcgrath@tysonmendes.com

**Service via U.S. Mail will be sent to the following:**
Comstock Capital Partners, LLC
PO Box 1448
Reno, NV 89505

Remedy Property Partners, LLC
PO Box 1448
Reno, NV 89505

/s/ Faith Harris
An Employee of WRIGHT, FINLAY & ZAK, LLP

3