WRIGHT, FINLAY & ZAK, LLP
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Avenue, Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
lrobbins@wrightlegal.net
*Attorney for Plaintiff, U.S. Bank National Association, as Trustee, for the C-BASS Mortgage Loan Asset-Backed Certificates, Series 2007-CB3*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, FOR THE C-BASS MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-CB3,<br><br>Plaintiff,<br><br>vs.<br><br>COMSTOCK CAPITAL PARTNERS, LLC; REMEDY PROPERTY PARTNERS, LLC; WILLIAMSBURG APARTMENT HOMES UNIT NO. 1; E. ALAN TIRAS, ESQ.; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX,<br><br>Defendants. | Case No.: 3:17-cv-00275-MMD-CLB<br><br>**NOTICE OF DISASSOCIATION AND WITHDRAWAL OF COUNSEL** |

Plaintiff, U.S. Bank National Association, as Trustee, for the C-BASS Mortgage Loan Asset-Backed Certificates, Series 2007-CB3 (hereinafter referred to as "US Bank"), by and through its attorney of record of the law firm of Wright, Finlay & Zak, LLP, hereby gives notice that Christopher A.J. Swift, Esq.; and Martina Lynn Jaccarino, Esq. are no longer attorneys associated with Wright,

///

///

///

1

Finlay & Zak LLP. Wright Finlay & Zak, LLP will continue to represent US Bank and requests that Lindsay D. Robbins, Esq. receive all future notices.

DATED this 15th day of November, 2019.

        WRIGHT, FINLAY & ZAK, LLP

        */s/ Lindsay D. Robbins, Esq.*
        Lindsay D. Robbins, Esq.
        Nevada Bar No. 13474
        7785 W. Sahara Ave, Suite 200
        Las Vegas, NV 89117
        *Attorney for Plaintiff, U.S. Bank National Association, as Trustee, for the C-BASS Mortgage Loan Asset-Backed Certificates, Series 2007-CB3*

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE
DATED: 11/20/2019

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b) and Electronic Filing Procedure IV(B), I certify that on the 15th day of November, 2019, a true and correct copy of this **NOTICE OF DISASSOCIATION AND WITHDRAWAL OF COUNSEL** was transmitted electronically through the Court's e-filing electronic system to the attorney(s) associated with this case and/or served by depositing a true copy of same in the United States Mail, at Las Vegas, Nevada, addressed as follows:

**Service via electronic notification will be sent to the following:**
LAXALT & NOMURA, LTD
Email: hparker@laxalt-nomura.com

PHILLIPS SPALLAS & ANGSTDT
Email: bjefferis@psalaw.net

TYSON & MENDES LLP
Email: clund@tysonmendes.com
Email: tmcgrath@tysonmendes.com

**Service via U.S. Mail will be sent to the following:**
Comstock Capital Partners, LLC
PO Box 1448
Reno, NV 89505

Remedy Property Partners, LLC
PO Box 1448
Reno, NV 89505

/s/ Faith Harris
An Employee of WRIGHT, FINLAY & ZAK, LLP