UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>COMSTOCK CAPITAL PARTNERS, LLC, *et. al.*,<br><br>Defendants. | Case No. 3:17-cv-00275-MMD-CLB<br><br>ORDER |

This dispute arises from the homeowners' association foreclosure sale ("HOA Sale") of real property located at 724 Oakwood Drive, #3, Sparks, Nevada ("Property") to satisfy a homeowners' association ("HOA") lien. (ECF No. 1 at 1-5.) Plaintiff has filed three motions against the two remaining defendants—Comstock Capital Partners, LLC and Remedy Property Partners, LLC (collectively referred to as "Comstock"): (1) motion for summary judgment (ECF No. 79); (2) motion to strike Comstock's Answer (ECF No. 81); and motion for entry of clerk's default (ECF No. 82.) These motions are unopposed. Because the Court agrees with Plaintiff that Comstock's Answer (ECF No. 32) should be stricken, the Court will grant Plaintiff's motion to strike and to enter default judgment.

On December 8, 2017, the Court ordered Comstock and Remedy to file substitution of counsel by January 10, 2018 after granting their prior counsel's request to withdraw. (ECF No. 57.) In July 2019, Plaintiff filed the pending motions. (ECF No. 79, 81, 82.) Comstock failed to respond to these motions. Nor has Comstock filed a substitution of counsel or submitted any other filings. Comstock's failure to respond in this action supports Plaintiff's contention that Comstock has effectively abandoned defense of this case and the Property. (ECF No. 81 at 3.) Accordingly, the Court agrees with Plaintiff that

Comstock's Answer (ECF No. 32) should be stricken for failure to comply with the Court's order.

It is therefore ordered that Plaintiff's motion to strike answer and enter default judgment (ECF No. 81) is granted. The Clerk is directed to strike Comstock's Answer (ECF No. 32). Plaintiff is directed to file a proposed order granting its motion within seven days.

Iis further ordered that Plaintiff's other pending motions (ECF No. 79, 82) are denied as moot.

DATED THIS 10th day of January 2020.

_____
MIRANDA DU
CHIEF UNITED STATES DISTRICT JUDGE