WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada Bar No. 12448
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Avenue, Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
lrobbins@wrightlegal.net
*Attorneys for Plaintiff, U.S. Bank National Association, as Trustee, for the C-BASS Mortgage Loan Asset-Backed Certificates, Series 2007-CB3*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, FOR THE C-BASS MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-CB3,<br><br>Plaintiff,<br><br>vs.<br><br>COMSTOCK CAPITAL PARTNERS, LLC; REMEDY PROPERTY PARTNERS, LLC; WILLIAMSBURG APARTMENT HOMES UNIT NO. 1; E. ALAN TIRAS, ESQ.; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX,<br><br>Defendants. | Case No.: 3:17-cv-00275-MMD-CBC<br><br>**ORDER GRANTING MOTION TO STRIKE COMSTOCK CAPITAL PARTNERS, LLC AND REMEDY PROPERTY PARTNERS, LLC'S ANSWER TO COMPLAINT [ECF NO. 32] AND ENTER DEFAULT** |

Before the Court is Plaintiff's, U.S. Bank National Association, as Trustee, for the C-BASS Mortgage Loan Asset-Backed Certificates, Series 2007-CB3 (hereinafter "U.S. Bank"), Motion to Strike Comstock Capital Partners, LLC and Remedy Property Partners, LLC's Answer to Complaint [ECF No. 32] and Enter Default ("Motion") filed on July 22, 2019 [ECF 81]. U.S. Bank filed its Notice of Non-Opposition to the Motion on August 14, 2019 [ECF 84]. This Court filed its Order regarding the Motion on November 20, 2019 [ECF 96]. This Court finds as follows:

**IT IS HEREBY ORDERED** that U.S. Bank's Motion to Strike Comstock Capital Partners, LLC and Remedy Property Partners, LLC's Answer to Complaint [ECF No. 32] and Enter Default is **GRANTED** and the respective Answer is hereby **STRICKEN**.

**IT IS FURTHER ORDERED** that Default against Comstock Capital Partners, LLC and Remedy Property Partners, LLC is hereby **ENTERED**.

**IT IS FURTHER ORDERED** that U.S. Bank's Motion for Summary Judgment [ECF 79] and Motion to Entry of Clerk's Default [ECF 82] are denied as moot.

**IT IS SO ORDERED.**

**IT IS SO ORDERED.**

Dated this  16th   day of  January       , 2020.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted by:

WRIGHT, FINLAY & ZAK, LLP

*/s/ Lindsay D. Robbins, Esq.*
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave, Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff, U.S. Bank National Association, as Trustee, for the C-BASS Mortgage Loan Asset-Backed Certificates, Series 2007-CB3*